In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

To The Honorable justices of The fourth Court Of Appeals

STATEMENT FROM APPELLANT MARYANN CASTRO

Here comes Appellant Maryann Castro to the Appeals Court prays for Justice the Motion to file material Attachment Brief a copy was delivered to Appellee Manuel Castro on 6/3/2015 at 624 W. Goodwin.

A Just and Right final Divorce Decree is needed Appellant Maryann Castro has suffered harm Appellant Maryann Castro prays For Justice.

With Respect

Appellant Maryann Castro –pro-se

1501 Olive

Jourdanton Texas 7826

Pacattitude2014@gmail.com

Date sent 6/4/15



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JUN -8 AM 11: 29

Keith E. Hottle
KEITH E. HOTTLE, CLERK

7820530 3799

ISO1 Olive
Jourdanton Texas
78026

South Court of Appeals
Fourth Court of Appeals District
Cadena Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-
3037